## JEANETTE POULIN *v.* COMMISSIONER OF CORRECTION

The petitioner Jeanette Poulin's petition for certification for appeal from the Appellate Court, 103 Conn. App. 303 (AC 27065), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Christopher M. Neary,* special public defender, in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided September 21, 2007

## GENE FENNELLY ET AL. *v.* EMMA NORTON

The plaintiffs' petition for certification for appeal from the Appellate Court, 103 Conn. App. 125 (AC 27132), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Jeffrey D. Ginzberg,* in support of the petition.

*Leslie I. Jennings-Lax,* in opposition.

Decided September 21, 2007